UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIAZ,<br><br>   Petitioner,<br><br>   v.<br><br>WILLIAM MUNIZ,<br><br>   Respondent. | No. 2:16-cv-0055 KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 22, 2016, this action was dismissed as a second or successive petition. (ECF No. 6.) On February 16, 2016, petitioner filed a notice of appeal of the January 22, 2016 order to the Ninth Circuit Court of Appeals. (ECF No. 9.)

On February 16, 2016, petitioner also filed a motion to set aside his conviction. (ECF No. 8.) In this motion, petitioner requests that his conviction be set aside due to the state's alleged failure to retain evidence. Because this action has been dismissed as successive, and is now on appeal to the Ninth Circuit, petitioner's motion to set aside his conviction is disregarded.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to set aside his conviction (ECF No. 8) is disregarded.

Dated: March 24, 2016

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Di55.dis