UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIAZ, | No. 2:16-cv-0055 KJN P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se and in forma pauperis. Petitioner consented to the jurisdiction of the undersigned. (ECF No. 5.)

On January 22, 2016, the undersigned dismissed petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254, finding that the petition was a second or successive petition, and that petitioner must obtain an order from the appropriate court of appeals authorizing the district court to consider the petition. On June 16, 2016, the United States Court of Appeals for the Ninth Circuit remanded the case for the limited purpose of granting or denying a certificate of appealability.

Here, petitioner challenged his 1997 conviction, the same 1997 conviction he challenged in Case No. CIV S-05-cv-0376 MCE CMK P, which was denied on the merits on March 17, 2008. Because the instant petition is a second or successive petition, as stated in the January 22,

////

1

1  2016 order, the undersigned declines to issue the certificate of appealability referenced in 28
2  U.S.C. § 2253.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1. The court declines to issue the certificate of appealability referenced in 28 U.S.C.
5  § 2253; and
6      2. The Clerk of the Court shall serve a copy of this order on the court of Appeals, Case
7  No. 16-15752.
8  Dated:  June 21, 2016

/diaz0055.coad

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE